The PURE OIL COMPANY, Plaintiff in Error,
v. Henry CLARK et al., Defendants in
Error.

No. 1374—5962.

Commission of Appeals of Texas, Section B.
Feb. 1, 1933.

See, also, 35 S.W.(2d) 488, 838; 37 S.W.(2d) 1083, 1088; 56 S.W.(2d) 852, 853, 855.

Vinson, Elkins, Sweeton & Weems, C. A. Sweeton, and David T. Searls, all of Houston, and Wynne & Wynne, of Wills Point, for plaintiff in error.

Beall & Beall, of Sweetwater, and McEntire, Shields & Elam, of Canton, for defendants in error.

RYAN, J.

This is a companion case of Pure Oil Company v. Cone Johnson Clark et al., this day decided [56 S.W.(2d) 850], and involves the same questions there involved.

We therefore make the same recommendation as in that case, viz., that the judgment of the Court of Civil Appeals [40 S.W.(2d) 962] be reversed, and the appeal to that court be dismissed.

CURETON, C. J.

The judgment of the Court of Civil Appeals is reversed and judgment rendered as recommended by the Commission of Appeals.

